JAMES L. JOUGHIN, as Administrator of the Estate of EVA M. JOUGHIN, Deceased, Respondent, *v.* MABEL H. BANKS, Appellant.

JAMES L. JOUGHIN, Respondent, *v.* MABEL H. BANKS, Appellant.

(Argued October 8, 1929; decided October 22, 1929.)

*George J. Stacy, James J. Mahoney* and *Robert B. Livingston* for appellant.

*Karl T. Frederick* and *John Schubert* for respondent.

In each action judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.